FREDERIC W. RHINELANDER, Appellant, *v.* THE FARMERS' LOAN AND TRUST COMPANY, Respondent.

BENJAMIN W. FLEISHER, Appellant, *v.* THE FARMERS' LOAN AND TRUST COMPANY, Respondent.

(Submitted January 26, 1903; decided January 30, 1903.)

Motion for reargument denied, with ten dollars costs. (See 172 N. Y. 519.)

---

In the Matter of the Probate of the Will of FREDERICK AKERS, Deceased.

GEORGE H. JEFFERIES, Appellant; JAMES P. NIEMAN et al., Respondents.

*Matter of Akers,* 74 App. Div. 461, affirmed.
(Argued January 5, 1903; decided February 10, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1902, which affirmed a decree of the New York County Surrogate's Court admitting to probate the will of Frederick Akers, deceased.

*J. Aspinwall Hodge* and *L. Lafayette Fawcett* for appellant.

*John Vincent* and *J. Mayhew Wainwright* for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, MARTIN, VANN and CULLEN, JJ. Dissenting: O'BRIEN and HAIGHT, JJ.